**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**KEVIN BYERS**                                                                                    **PLAINTIFF**

**V.**                                          **CASE NO.  2:16CV00028 JM**

**WILLARD C. RYLAND, individually**
**and in his official capacity as Mayor**
**of The City of Cotton Plant, Arkansas and**
**ARCHIE ROARK, individually**                                        **DEFENDANTS**

## ORDER

Pending is the Plaintiff's motion to dismiss. (Docket #4).  For good cause shown, the

motion is GRANTED.  This case is hereby dismissed with prejudice.  The Clerk is directed to

close the case.

IT IS SO ORDERED this 5th day of August, 2016.

_____
James M. Moody Jr.
United States District Judge